**FILED**
MAY - 6 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RESTRAINT OF REAL PROPERTY ) <br> LOCATED AT 2514 TRAPSIDE COURT, ) <br> KISSIMMEE, FLORIDA 34746 OWNED OR ) <br> CONTROLLED BY PETER ANTHONY ) <br> CARROLL AND JENNIFER CARROLL ) <br> ) | Case: 1:15-mc-00539 <br> Assigned To : Kay, Alan <br> Assign. Date : 5/5/2015 <br> Description: Miscellaneous |

## ORDER

WHEREAS this matter comes before this Court on the Ex Parte Application of the United States to Register and Enforce A Foreign Restraining Order Pursuant to 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j), which provisions authorize this Court to register and enforce foreign restraining orders and take any other action to seize, secure, maintain, or preserve the availability of property subject to forfeiture in a foreign proceeding;

WHEREAS, the United States' Ex Parte Application seeks enforcement of a United Kingdom restraining order against real property in Florida owned jointly by Peter Anthony Carroll and Jennifer Carroll, more fully described as:

> 2514 Trapside Court, Kissimmee, Florida 34746, Parcel Number 32-25-29-1835-0001-3150, Osceola County, Florida, Oaks Phase 1 B-1 PB 11 PG 146-154 LOT 315 ORD #2365 (hereinafter "2514 Trapside Court");

WHEREAS, upon consideration of the United States' Ex Parte Application, THIS COURT HEREBY FINDS THAT:

(a) This Court has jurisdiction over the subject matter of this case, and pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is appropriate in the U.S. District Court for the District of Columbia;

(b) The United States and the United Kingdom are parties to a mutual legal assistance treaty providing for forfeiture assistance. *See* Treaty Between the Government of the United States of America and the Government of the

1



United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters, U.S.-U.K., Jan. 6, 1994, S. Treaty Doc. No. 104-2 (1996).

(c) On November 12, 2014, Judge Baker, of the Preston Crown Court in the United Kingdom, issued a restraining order to preserve any property belonging to Peter Anthony Carroll, directly or indirectly, solely or jointly, that is subject to confiscation in the United Kingdom, particularly, 2514 Trapside Court;

(d) On November 26, 2014, the United Kingdom sent a mutual legal assistance request to the United States' central authority seeking enforcement of the November 12, 2014, restraining order in the United States against one piece of real property known as 2514 Trapside Court, purchased by Peter Anthony Carroll and Jennifer Carroll for approximately $344,200;

(e) On April 10, 2015, the Attorney General of the U.S. Department of Justice, through his designee, certified that enforcement of the November 12, 2014, United Kingdom restraining order against the one piece of real property in Florida "in the interest of justice;"

(f) The United Kingdom restraining order has been rendered under a system of law compatible with the requirements of due process;

(g) The Preston Crown Court that entered the United Kingdom restraining order had jurisdiction over the subject matter; and

(h) There is no indication that the United Kingdom restraining order was obtained by fraud.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

PURSUANT TO 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii), and 18 U.S.C. § 983(j), THAT:

1. The attached restraining order issued on November 12, 2014, by the Preston Crown Court, United Kingdom, is hereby REGISTERED AND ENFORCED by this Court and the terms of the restraining order expressly incorporated herein;

2. The following asset is hereby ordered RESTRAINED, in accordance with the terms of the attached November 12, 2014, United Kingdom restraining order:

2514 Trapside Court, Kissimmee, Florida 34746, Parcel Number 32-25-29-1835-0001-3150, Osceola County, Florida, Oaks Phase 1 B-1 PB 11 PG 146-154 LOT 315 ORD #2365;

3. Peter Anthony Carroll, Jennifer Carroll, and all persons, entities, agents, servants, employees, attorneys, family members, and those persons in active concert or participation with them, are hereby ENJOINED AND RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal of the property (by mortgage or otherwise), without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order;

4. This Order does not prohibit Peter Anthony Carroll, Jennifer Carroll, or a person acting on their behalf from renting to a third party the property known as 2514 Trapside Court, however, the terms of any new lease or rental agreement must be disclosed to the United States (Trial Attorney Marybeth Grunstra, (202) 514-1263, Marybeth.Grunstra@usdoj.gov), and any and all rental income derived from 2514 Trapside Court must be used to pay the mortgage on 2514 Trapside Court currently held by Wells Fargo Home Mortgage under account XXXXXX5228;

5. Under this Order, the current owners or occupants of 2514 Trapside Court the shall not be evicted or deprived of the use and enjoyment of the property, however, the terms of any current lease or rental agreement relating to the property must be disclosed to the United States by notifying the Trial Attorney listed in paragraph 4, and any and all rental income derived from 2514 Trapside Court must be used to pay the mortgage on 2514 Trapside Court currently held by Wells Fargo Home Mortgage under account XXXXXX5228;

6. The United States may give effect to this Order by filing a lis pendens in Osceola County, Florida, on 2514 Trapside Court, Kissimmee, Florida 34746; and

7. This Order shall remain in full force and effect until the conclusion of proceedings in the United Kingdom and until any final forfeiture or confiscation judgment obtained thereby has been presented for enforcement to this Court, or until the United States has apprised the Court that the November 12, 2014 restraining order from the United Kingdom has been quashed, discharged, or modified in such a way that affects the continued restraint of 2514 Trapside Court.

IT IS FURTHER ORDERED THAT the Attorney General of the United States or his duly authorized representative shall:

8. Serve a copy of this Order on the financial institution holding a mortgage on 2514 Trapside Court by facsimile or other means; and

9. Either serve a copy of this Order directly on Peter Anthony Carroll and/or Jennifer Carroll, or their counsel in the United Kingdom, and/or request that the appropriate authorities of the United Kingdom to provide a copy of this Order to persons in the United Kingdom known to hold an interest in 2514 Trapside Court, namely, Peter Anthony Carroll and Jennifer Carroll.

**SO ORDERED.**

Dated: May 6, 2015

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

4